IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 29 AM 11:07

[signature]
S.D. DIST. OF GA.

AVERYL MCDANIELS, 10646-112          :
                                     :
VS.                                  :         CV204-114
                                     :
HARLEY C. LAPPIN, et al.,            :

## ORDER

It appearing to the Court that payments received from Inmate AVERYL MCDANIELS, 10646-112, dated 2/07/05 in the amount of $25.20 and 3/10/05 in the amount of $3.82, resulted in an overpayment.

**IT IS HEREBY ORDERED** that the Clerk of this Court refund $29.02 to the defendant at the address listed below:

> **Federal Bureau of Prisons**
> **10646-112**
> **Averyl McDaniel**
> **P.O. Box 474701**
> **Des Moines, IA   50947-0001**

SO ORDERED, this 28th day of June, 2005.

_____
Judge, United States District Court
Southern District of Georgia