IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

AVERYL C. McDANIELS,

    Plaintiff,

vs.

HARLEY C. LAPPIN; HARRELL WATTS; Mr. SERO; LISA M. SUNDERMAN; ROBERT E. McFADDEN; Mr. DUNCAN; JEFF COUGHLIN; YOLANDA TUBBS; LAURA VICE-HARRIS, and MARIEA SUMNER,

    Defendants.

CIVIL ACTION NO.: CV204-114

## ORDER

Plaintiff's "Motion for Leave to Cancel Suspention (sic) of Hearings" (Doc. 88) is **DISMISSED** as moot.

**SO ORDERED**, this 18th day of July, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

MCDANIELS _____ )

vs _____ )     CASE NUMBER CV204-114

LAPPIN, ET AL _____ )     DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05 _____, which is part of the official record of this case.

Date of Mailing:     7/18/05

Date of Certificate     ☒ same date,     or _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Delora Kennebrew
Averyl McDaniels, FCC Yazoo City, P.O. Box 5000, Yazoo City, MS 39194

☐ Copy placed in Minutes
☐ Copy given to Judge
☒ Copy given to Magistrate