L. Ed.2d 291, 299 (1992), and Booth v. Churner, 532 U.S. 731, 121 S. Ct. 1819, 149 L. Ed.2d 958 (2001), is misplaced.

Plaintiff's Objections are without merit. The Magistrate Judge properly looked to the evidence of record and the applicable law to conclude that Plaintiff did not exhaust his administrative remedies pertaining to his claims that Defendants retaliated against him. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion to Dismiss (Doc. No 64) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies.

**SO ORDERED**, this 23rd day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

DANIELS

vs      CASE NUMBER CV204-114

LAPPIN, et al.      DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated _____, which is part of the official record of this case.

Date of Mailing: August 23, 2005

Date of Certificate    [X] same date,    or _____

Scott L. Poff, Clerk

By: _____
Deputy Clerk

**Name and Address**

Averyl C. McDaniels, pro se, at prison
Delora L. Kennebrew, Esq.

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate

:INAL]

FILED
U.S. DISTRICT COURT


AUG 23 AM 8: 52

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

AVERYL C. McDANIELS,

   Plaintiff,

vs.            CIVIL ACTION NO.: CV204-114

HARLEY C. LAPPIN; HARRELL
WATTS; Mr. SERO; LISA M.
SUNDERMAN; ROBERT E.
McFADDEN; Mr. DUNCAN; JEFF
COUGHLIN; YOLANDA TUBBS;
LAURA VICE-HARRIS, and
MARIEA SUMNER,

   Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections[1] have been filed. In his Objections, which are largely unintelligible or a recitation of the Magistrate Judge's Report, Plaintiff asserts that "[t]he record in the district court contains evidence tending to show that[ ] plaintiff exhausted his administrative remedies as to his contention that he was being denied camp placement due to an improper reason." (Doc. No. 96-2, p. 5.) Plaintiff alleges that the Magistrate Judge's Report is misplaced and without merit. Plaintiff also alleges that the Magistrate Judge's reliance on Porter v. Nussle, 534 U.S. 516, 122 S. Ct. 983, 152 L. Ed.2d 12 (2002), McCarthy v. Madigan, 503 U.S. 140, 112 S. Ct. 1081, 117

---

[1] Another inmate, Otis Paris, filed Objections on Plaintiff's behalf. (Doc. No. 96.) While the Court would not entertain these Objections as they were not filed by a party to this action, the Court wishes to note that Paris' Objections are identical to those Plaintiff filed.

AO 72A
(Rev. 8/82)